```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

PATRICIA L. HARVEY                                              PLAINTIFF

VS.                     CASE NO. 4:04CV00700 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE